UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROHAN ANTHONY JOHNSON,

                Petitioner,

    - against -

PONCE DE LEON FEDERAL BANK, N.A.,
MARIO PASTORINO, TANNY FASHION,
INC., GIOVANNI L. ESCOBEDO, JOHN AND
JANE DOES 1–50,

                Respondents.
------------------------------------------------------------X
MARIO PASTORINO and PONCE DE LEON
FEDERAL BANK, N.A.,

                Counterclaimants,

    - against -

ROHAN ANTHONY JOHNSON,

                Counter-Defendant.
------------------------------------------------------------X

**ORDER**
14-CV-145 (RRM) (SMG)

ROSLYNN R. MAUSKOPF, United States District Judge.

      On January 9, 2014, Rohan Anthony Johnson ("Johnson"), a non-attorney purporting to act as "petitioner," "*ex relatione*" and as the "authorized representative" for Jubayada Aktar and Jasmin Bokhari, filed the instant action seeking to cancel a note and mortgage and quiet title to real property on grounds of fraudulent conveyance, and alleging that respondents violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1601, *et seq.* (Doc. No. 1.)

      On March 14, 2014, the Court ordered Johnson to show cause in writing, by April 1, 2014, as to why the Court should not dismiss this action; warned that if Johnson failed to show such cause within the allotted time, it would dismiss this action. A copy of the Order to Show Cause was delivered to Johnson. (Doc. No. 12.)

1

Johnson failed to file any written response.  Accordingly, this action is dismissed without prejudice.

The Clerk of the Court is directed to mail petitioner copies of this Order and the accompanying Judgment, and close this case.

SO ORDERED.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
April 9, 2014

_____
ROSLYNN R. MAUSKOPF
United States District Judge